Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
FELICITAS MARIA GUTIERREZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICITAS MARIA GUTIERREZ ) | Case No.: 1:13-cv-01860-BAM |
| ) Plaintiff, ) | ORDER EXTENDING BRIEFING SCHEDULE |
| v. ) | |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social Security. ) | |
| ) Defendant. ) | |

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and including September 8, 2014, in which to file Plaintiff's Opening Brief in Support of Plaintiff's Complaint; and that all other deadlines set forth in the November 19, 2013 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **July 17, 2014**              /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE

-1-